■ In the Matter of MEMORIAL HOSPITAL as Attorney in Fact for MICHAEL GRATTAN, Voluntary Administrator of the Estate of JAMES P. GRATTAN, PETITIONER, v STANLEY BREZENOFF, as Commissioner of the New York City Department of Social Services, et al., Respondents. — Determination of respondent New York State Department of Social Services dated May 31, 1979, dismissing as untimely petitioner's application to review a determination of respondent New York City Department of Social Services finding former patient of petitioner ineligible for medical assistance under the State Medicaid Program, annulled, the petition granted and the matter remanded for further proceedings, without costs. As respondent New York State Department of Social Services concedes with commendable candor, it was erroneous under all of the circumstances to dismiss as untimely the appeal from the determination of the New York City Department of Social Services. Accordingly, the determination is annulled and the matter is remanded for further proceedings. Concur — Birns, J. P., Sandler, Ross, Markewich and Fein, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANIBAL MALDONADO, Appellant. THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID RODRIGUEZ, Appellant. — Judgments of conviction, Supreme Court, New York County (Leff, J.), rendered on September 14, and September 26, 1979, respectively, unanimously modified, on the law, to remand that portion of the verdict of the jury finding defendants-appellants guilty of sodomy, first degree, to Supreme Court, New York County, for sentence on that count, and otherwise affirmed. After sentencing defendants on the felony murder counts, the court, stating that the predicate sodomy counts were lesser included counts of felony murder, ruled that "there will be no sentence imposed on that count." It is not a lesser included count, and we remand for sentence accordingly. (See, *People v Santana,* 82 AD2d 784; *People v Cagle,* 70 AD2d 573; *People v Nichols,* 230 NY 221.) Concur — Birns, J. P., Sandler, Ross, Markewich and Fein, JJ.